UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
RANDY L. FIELDER )

No. 3:12-cr-00190
Chief Judge Haynes

## AGREED ORDER RE-SETTING SENTENTING HEARING

The parties to this case have agreed that they will be prepared to go forward with the

sentencing in this case on Thursday, July 18, 2013, and that all attorneys are available at any

time on that day except 1:00 pm – 3:00 pm.

Accordingly, this matter is set for sentencing proceedings on ~~Thursday,~~ July ~~18,~~ *Monday 22*

2013, at _11:00 am_ .

_____
William J. Haynes, Jr.
Chief United States District Judge

Approved for Entry:

*s/ Dumaka Shabazz*
Attorney for Randy Fielder
800 Broadway, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 736-5047

David Rivera
United States Attorney for the
Middle District of Tennessee

By:*s/ William L. Deneke*
Assistant United States Attorney
A-961 U.S. Courthouse
Nashville, Tennessee 37203
Telephone: 615-736-5151